435 A.2d 265

Commonwealth v. Lee, Appellant.

Argued March 19, 1980. Richard A. Ash, for appellant; Lee Kaplan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.